IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| VESTA INSURANCE GROUP, INC. | ) | Case No.: 06-02517-TBB-11 |
| and J. GORDON GAINES, INC., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Thomas B. Bennett |

**BANKRUPTCY ADMINISTRATOR'S OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT ACCOMPANYING PLAN OF LIQUIDATION OF J. GORDON GAINES, INC.**

COMES NOW the Chief Deputy Bankruptcy Administrator for the Northern District of Alabama and objects to the Debtors' Disclosure Statement and in support thereof states as follows:

1. The Disclosure Statement does not set a date certain for the liquidation of tangible assets, including real and personal property. The Chief Deputy Bankruptcy Administrator does however anticipate, based on discussions with Debtor's counsel and Committee counsel, that an amendment to the Plan and Disclosure Statement may well adequately address the Chief Deputy Bankruptcy Administrator's objection.

2. The Disclosure Statement does not provide an estimate of the costs associated with a complete liquidation of the Debtor's assets.

3. The Disclosure Statement does not provide for the treatment or ownership of those assets ultimately not liquidated.

4. The Disclosure Statement does not include a retention agreement for the Plan Trustee.

5. The Disclosure Statement does not identify what future business operations will be conducted by the reorganized debtor in the event that all assets are not liquidated.

WHEREFORE, these premises considered, the Chief Deputy Bankruptcy Administrator objects to the Disclosure Statement and recommends that the Disclosure Statement not be approved.

Respectfully submitted this the 6th day of November, 2006.

/s/ J. Thomas Corbett
**J. THOMAS CORBETT**
Chief Deputy Bankruptcy Administrator
Alabama Bar ID ASB-5640-T65J

Vesta Insurance Group, Inc.
and J. Gordon Gaines, Inc.
BA's Objection to Disclosure Statement of J. Gordon Gaines, Inc.
Page 2

**OFFICE OF THE BANKRUPTCY ADMINISTRATOR**
Northern District of Alabama
Robert S. Vance Federal Building
1800 Fifth Avenue, North
Birmingham, Alabama 35203
(205)714-3830

## CERTIFICATE OF SERVICE

This is to certify that on this the 6th day of November, 2006, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Rufus T. Dorsey, IV
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303

Todd C. Meyers, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309-4530

Clark R. Hammond
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203

/s/ J. Thomas Corbett
**J. THOMAS CORBETT**
Chief Deputy Bankruptcy Administrator
Alabama Bar ID ASB-5640-T65J