UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

------------------------------------------------ x
In re:                                           :   Chapter 11
                                                 :
VESTA INSURANCE GROUP, INC.                      :   Case No.: 06-02517-TBB11
and J. GORDON GAINES, INC.,                      :   Jointly Administered
                                                 :
                      Debtors.                   :   Judge Thomas B. Bennett
                                                 :
------------------------------------------------ x

## RESPONSE OF U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, TO OBJECTION OF WILMINGTON TRUST COMPANY

COMES NOW U.S. Bank National Association ("US Bank"),[1] as successor indenture trustee under that certain indenture between Vesta Insurance Group, Inc. ("Vesta") and SouthTrust Bank of Alabama, National Association, dated as of July 19, 1995, as amended (the "US Bank Indenture"), providing for the issuance by Vesta of its Series 8-3/4% Senior Debentures due 2025 (collectively, the "US Bank Debentures"), by and through its undersigned counsel, and enters this response in opposition to the Objection (the "Objection") of Wilmington Trust Company ("Wilmington Trust") to Confirmation of the Debtor's Second Amended Plan of Liquidation dated December 18, 2006 (the "Plan") filed by Wilmington Trust, in its capacity as, among other things, successor indenture trustee under that certain indenture dated as of January 31, 1997 (as amended and/or supplemented, the "Wilmington Trust Indenture") pursuant to which Vesta Insurance Group, Inc. (the "Debtor") issued its 8.525% Junior Subordinated Deferrable Interest Debentures (the "Wilmington Trust Debentures"). Terms not otherwise

---

1. US Bank, as Indenture Trustee, represents the largest body of creditors appearing on the Debtors' List of Creditors Holding the 20 Largest Unsecured Claims. US Bank also serves as a member of the Unsecured Creditors' Committee.

defined herein shall have the meanings ascribed to them in the respective documents to which they refer. US Bank respectfully shows and alleges as follows:

## RESPONSE

1. US Bank asserts that the references to US Bank in the Objection are without foundation and should be ignored. Moreover, US Bank supports the Debtor's Plan.

2. In its Objection to the Plan, Wilmington Trust refers to US Bank in two instances and asserts that Wilmington Trust or its holders may have a claim against US Bank or other senior debt. These vague references are never supported and are totally unsubstantiated.

3. As set forth in the Plan, the Wilmington Trust Debentures are subordinated in their entirety to the US Bank Debentures. The US Bank Debentures make up the Class C - Claims Class and the Wilmington Trust Debentures comprise the Class D - Claims Class. This classification of claims in the Plan actually reflects the subordination of the Wilmington Trust Debentures to the US Bank Debentures as set forth in the Wilmington Trust Indenture. Section 15.01 of the Wilmington Trust Indenture provides, in relevant part, as follows:

> "each holder of Securities issued hereunder likewise covenants and agrees, that the Securities shall be issued subject to the provisions of this Article XV; and each holder of a Security, whether upon original issue or upon transfer or assignment thereof, accepts and agrees to be bound by such provisions.
>
> The payment by the Company of the principal of and premium, if any, and interest on all Securities issued hereunder shall, to the extent and in the manner hereinafter set forth, be subordinated and junior in right of payment to the prior payment in full of all amounts with respect to the Senior Indebtedness, whether outstanding at the date of this Indenture or thereafter incurred."

## CONCLUSION

WHEREFORE, for the foregoing reasons, US Bank respectfully requests that the Court ignore any reference in the Objection to US Bank for the reasons set forth herein and grant such other, further relief as it deems just and proper.

Respectfully submitted this December 20, 2006.

        KING & SPALDING LLP

        By: /s/ Franklin Ciaccio
            Franklin Ciaccio, Esq.
            1185 Avenue of the Americas
            New York, New York 10036
            Telephone:  (212) 556-2100
            Facsimile:  (212) 556-2222

        Attorneys for U.S. Bank National Association

# CERTIFICATE OF SERVICE

I hereby certify that on December 21st, 2006, a true and correct copy of the foregoing was served on the parties listed below via first class mail, postage prepaid, addressed as indicated on the annexed service list.

                                        Respectfully submitted,

                                        /s/ Roberta Trowbridge
                                        Roberta Trowbridge
                                        Legal Assistant
                                        KING & SPALDING LLP
                                        1185 Avenue of the Americas
                                        New York, New York 10036-4003
                                        Tel: (212) 556–2100
                                        Fax: (212) 556-2222

# SERVICE LIST

| | |
|---|---|
| Sara Anne Ford, Esq.<br>Samuel H. Franklin, Esq.<br>Jackson R. Sharman, III, Esq.<br>Mitchell D. Greggs, Esq.<br>Lightfoot, Franklin & White, L.L.C.<br>The Clark Building<br>400 North 20th Street<br>Birmingham, AL 35203-3200 | J. Gordon Gaines, Esq.<br>3760 River Run Drive<br>Birmingham, AL 35243 |
| C. Edward Dobbs, Esq.<br>Eric W. Anderson, Esq.<br>James S. Rankin, Esq.<br>Rufus Dorsey, IV, Esq.<br>Parker, Hudson, Rainer & Dobbs, LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, N.E.<br>Atlanta, GA 30303 | Jim McWhinnie, Esq.<br>Damon Key Leong Kupchak Hastert<br>1600 Pauachi Tower<br>1001 Bishop Street<br>Honolulu, HI 96810-3480 |
| W. Clark Watson, Esq.<br>Balch & Bingham<br>P.O. Box 306<br>Birmingham, AL 35201 | R. Scott Williams, Esq.<br>Meredith Jowers Lee, Esq.<br>Latanishia D. Watters, Esq.<br>Haskell Slaughter Young & Rediker, LLC<br>1400 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203 |
| Colin M. Bernardino, Esq.<br>Todd C. Meyers, Esq.<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, N.E., Std. 2800<br>Atlanta, GA 30309-4530 | U.S. Bankruptcy Administrator<br>1800 5th Avenue North<br>Suite 132<br>Birmingham, AL 35203 |
| Patrick Darby, Esq.<br>M. Leesa Booth, Esq.<br>Bradley, Arant, Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35222 | E. Stuart Phillips, Esq.<br>Ashley F. Bartram, Esq.<br>Assistant Attorneys General<br>Office of the Attorney General<br>Bankruptcy & Collections Division, MC008<br>P.O. Box 12548, MC-008<br>Austin, TX 78711-2548 |

| | |
|---|---|
| George H. Tarpley, Esq.<br>Cox Smith Matthews Incorporated<br>1201 Elm Street; Suite 4242<br>Dallas, TX 75270 | Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street; 9th Floor<br>Boston, MA 02110 |
| Ryan K. Cochran, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>19801 Sixth Avenue North; Suite 1400<br>Birmingham, AL 35203-2623 | Andrew I. Silfen, Esq.<br>Robert M. Hirsh, Esq.<br>Arent Fox PLLC<br>1675 Broadway<br>New York, NY 10019 |
| John C. Tishler, Esq.<br>Waller Lansden Dortch & Davis LLP<br>511 Union Street; Suite 2700<br>Nashville, TN 37219 | Jason R. Watkins, Esq.<br>Ball, Ball, Matthews & Novak, PA<br>One Timber Way; Suite 200<br>Daphne, AL 36527-5634 |
| Clark R. Hammond, Esq.<br>T. Charles Fry, Jr., Esq.<br>Shayanna Boyd Davis, Esq.<br>Max A. Moseley, Esq.<br>Lindan J. Hill, Esq.<br>Johnston Barton Proctor & Powell LLP<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203 | Andrew P. Campbell, Esq.<br>Campbell, Waller & Poer, LLC<br>2100-A SouthBridge Parkway<br>Suite 450<br>Birmingham, AL 35209 |
| Luther S. Pate, IV<br>P.O. Box 468<br>Northport, AL 35476 | Mitchell D. Greggs, Esq.<br>Lightfoot, Franklin & White, L.L.C.<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 |